### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | Civil Case No. 2:17-cv-02521-JAR-JPO |
| Plaintiff, | Hon. Julie A. Robinson |
| v. | |
| GOLDEN VALLEY LENDING, INC., SILVER CLOUD FINANCIAL, INC., MOUNTAIN SUMMIT FINANCIAL, INC., AND MAJESTIC LAKE FINANCIAL, INC., | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Date: January 18, 2018

                                            Kristen A. Donoghue
*Enforcement Director*

Deborah Morris
*Deputy Enforcement Director*

Craig Cowie
*Assistant Litigation Deputy*

/s/ Vanessa Buchko_____
Vanessa Buchko (DC Bar # 502578)
Gabriel S.H. Hopkins (NY Bar # 5242300)
Stephen Jacques (DC Bar # 464413)
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Buchko): 202-435-9593
Telephone (Hopkins): 202-435-7842
Telephone (Jacques): 202-435-7368
Fax: 202-435-7722
E-mail: vanessa.buchko@cfpb.gov
E-mail: gabriel.hopkins@cfpb.gov
E-mail: stephen.jacques@cfpb.gov

*Attorneys for Consumer Financial Protection Bureau*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Defendants Golden Valley Lending, Inc., Silver Cloud Financial, Inc., Mountain Summit Financial, Inc., and Majestic Lake Financial, Inc.; and Amici Habematolel Pomo of Upper Lake Consumer Financial Services Regulatory Commission, Native American Financial Services Association, State of Oklahoma, Office of the Attorney General, State of New Mexico, and National Congress of American Indians.

    s/ Vanessa A. Buchko_____
    Vanessa A. Buchko
    *Attorney for Plaintiff*
    *Consumer Financial Protection Bureau*